1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                       EASTERN DISTRICT OF CALIFORNIA

8

9     MICHAEL JAMES,                                   1:07-cv-01110-AWI-TAG HC

10                        Petitioner,
                                                       **ORDER AUTHORIZING**
11    v.                                               **IN FORMA PAUPERIS STATUS**

12    DARRAL ADAMS,

13                        Respondent.
      _____/

14

15        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

16    pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

17    proceed *in forma pauperis*.  The petition will be screened in due course.

18

19

20    IT IS SO ORDERED.

21    Dated:   **August 3, 2007**                              _____
                                                                     **/s/ Theresa A. Goldner**
22    _____                                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Dockets.Justia.com