IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES,<br><br>                    Petitioner,<br><br>           v.<br><br>DARRAL ADAMS,<br><br>                    Respondent. | 1:07-cv-01110-AWI-TAG (HC)<br><br>ORDER GRANTING RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER<br><br>(DOCUMENT #18) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for filing Respondent's answer is extended through and including September 21, 2008.

IT IS SO ORDERED.

Dated:   **August 18, 2008**                                   /s/ Theresa A. Goldner
                                                               UNITED STATES MAGISTRATE JUDGE

1