1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    MICHAEL JAMES,                          1:07-cv-01110 TAG  (HC)

             Petitioner,

9                                            ORDER GRANTING MOTION FOR
         vs.                                 EXTENSION OF TIME TO FILE
10                                           TRAVERSE

     DARRAL ADAMS,
11                                           (Doc. 25)

             Respondent.
12
     _____/
13
             On October 21, 2008,  Petitioner filed a motion for an extension of time, which the Court
14
     construes as a motion for an extension of time to file a traverse to Respondent's answer in this action.
15
     (Doc. 25).   The Court has considered Petitioner's motion, finds that good cause exists to grant it, and
16
     makes the following order:
17
             1.  Petitioner's motion for an extension of time to file a traverse is GRANTED; and
18
             2.  Petitioner shall have to and including November 21, 2008 to file a traverse.
19

20
     IT IS SO ORDERED.
21
     Dated:   **October 24, 2008**                    _____**/s/ Theresa A. Goldner**_____
22    _____                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28